UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROMENET, INC., <br>                          Plaintiff, <br> -v- <br> FOREXWARE, LLC, <br>                          Defendant. | 24-CV-7218 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

      Defendant was served on September 27, 2024. However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. A Clerk's Certificate of Default was issued on November 26, 2024. Plaintiff has not yet moved for a default judgment, though has indicated an intent to do so.

      On or before January 21, 2025, Plaintiff is directed to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant.

      The initial pretrial conference previously scheduled for January 9, 2025 is ADJOURNED *sine die*.

      Plaintiff is directed to serve a copy of this order by mail on Defendant.

      SO ORDERED.

Dated: January 8, 2025
       New York, New York

                                                    J. PAUL OETKEN
                                           United States District Judge