UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROMENET, INC.,

                Plaintiff,

-v-

FOREXWARE, LLC,

                Defendant.

24-CV-7218 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       Defendant was served on September 27, 2024. However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. A Clerk's Certificate of Default was issued on November 26, 2024. Plaintiff indicated in a letter filed on December 30, 2024 (ECF No. 18) that it intended to move for default judgment following a then-scheduled initial pretrial conference. Because that conference was unnecessary given Defendant's failure to appear, the Court adjourned the conference and instructed Plaintiff to proceed with its motion for default judgment. (ECF No. 19.) Plaintiff has not done so.

       If Plaintiff fails by February 21, 2025, to move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

       Plaintiff is directed to serve a copy of this order by mail on Defendant.

       SO ORDERED.

Dated: February 10, 2025
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge