UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

PROMENET, INC.,                                              1:24-cv-07218 (JPO)

        Plaintiff,

    -against-                                                     **JUDGMENT**

FOREXWARE, LLC,

        Defendant.
---------------------------------------------------------x

    This matter is before the Court upon the motion of plaintiff, dated February 28, 2025 for the entry of a default judgment upon the complaint filed September 24, 2024 and supported by the declarations of John Papaioannou, declared to on February 27, 2025 and Gregory A. Sioris, Esq., declared to on February 28, 2025 and the accompanying exhibits in support of the motion; wherein plaintiff seeks that damages be awarded to it in the amount of $133,511.04 together with prejudgment interest in the amount of $15,019.98 from December 1, 2023 to April 1, 2025, plus additional interest at the rate of $32.92 per day from April 1, 2025 until the date judgment is entered and thereafter from the date judgment is entered at the post judgment interest rate pursuant to 28 U.S.C. §1961.

    NOW, on motion of Gregory A. Sioris, Esq., attorney for plaintiff, it is,

    **ORDERED, ADJUDGED AND DECREED:** That plaintiff have judgment entered against Defendant Forexware, LLC in the amount of $133,511.04 together

1

with lawful interest to April 1, 2025 in the sum of $15,019.98, for a total of $148,531.02 plus costs and accrued interest as taxed by the Clerk to the date of entry of judgment and thereafter with interest pursuant to 28 U.S.C. §1961 from April 1, 2025 and that plaintiff have execution therefor.

                                  TAMMI M. HELLWIG

                                  Clerk of Court

Dated: New York, NY        By:_____
      April 16, 2025                      Deputy Clerk

**So Ordered**:

_____
    J. PAUL OETKEN
  United States District Judge

2